UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 21-20665

v.

Hon. Terrence G. Berg

SAMANTHA GILLIAM,
        Defendant.
_____/

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Defendant, SAMANTHA GILLIAM, hereby appeals to the United States Court of Appeals for the Sixth Circuit the final judgment of sentence entered on November 22, 2024.

Respectfully,

*/s/Maria Mannarino*
Maria Mannarino
Attorney for Defendant
PO Box 760293
Lathrup Village, MI  48076
(248) 761-7347
mmannarino@comcast.net

December 5, 2024

CERTIFICATE OF SERVICE

    The undersigned certifies that on December 5, 2024 she filed the foregoing document with the Court's ECF system, which will send copies to all attorneys of record.

*<u>/s/Maria Mannarino</u>*